```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11281
   DIANON BONNER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7829


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/04/2008 and was not confirmed.

     The case was dismissed without confirmation 07/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE               UNSECURED        NOT FILED        .00          .00
CATH/SOANB                UNSECURED        NOT FILED        .00          .00
COOK COUNTY HOSPITAL      UNSECURED        NOT FILED        .00          .00
HSBC BANK NEVADA NA       UNSECURED           813.23        .00          .00
ILLINOIS COLLECTION SE    UNSECURED        NOT FILED        .00          .00
U OF I MED SVC PLAN OPTH  NOTICE ONLY      NOT FILED        .00          .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED        .00          .00
MED1 MEDICAL              NOTICE ONLY      NOT FILED        .00          .00
UNIVERSITY OF ILLINOIS M  UNSECURED        NOT FILED        .00          .00
WASHINGTON/PROVIDIAN      UNSECURED        NOT FILED        .00          .00
AMERICAN GENERAL FINAN    SECURED VEHIC       800.00        .00          .00
AMERICAN GENERAL FINAN    UNSECURED        NOT FILED        .00          .00
RESCAP MORTGAGE           CURRENT MORTG         .00         .00          .00
RESCAP MORTGAGE           MORTGAGE ARRE    13000.00         .00          .00
CODILIS & ASSOCIATES      NOTICE ONLY      NOT FILED        .00          .00
US BANK NATIONAL          NOTICE ONLY      NOT FILED        .00          .00
CODILIS & ASSOCIATES      NOTICE ONLY      NOT FILED        .00          .00
SPIRIT OF AMERICA NATION  UNSECURED           226.74        .00          .00
GLEASON & GLEASON LLC     DEBTOR ATTY           .00                      .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------    ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11281 DIANON BONNER
```

TOTALS                                               .00                  .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 10/29/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```